TRIAL COURT CAUSE NO.  25-BC01B-0006

§
§
§
§
§
§

IN THE BUSINESS COURT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 10:56:06 AM
CHRISTOPHER A. PRINE
Clerk

OF TEXAS

DIVISION

# BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: July 10, 2025 and July 17, 2025

Type of Order (Interlocutory or Final):   Interlocutory

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed:  August 15, 2025

Name of judge who entered judgment:      Bill Whitehill

Name of court reporter:   Jennifer Seitz and Tami Lewis

    Address of court reporter:      jentxcourtreporter@gmail.com /  realtimedepos@gmail.com

Name of attorney on appeal:  Rogge Dunn                    SB#:  06249500

    Attorney Address:   500 N. Akard St., Suite 1900  Dallas, Texas 75201

    Attorney E-Mail Address:   Dunn@RoggeDunnGroup.com

    Attorney on appeal (check applicable box):

        ☐ appointed          x retained          ☐ Pro Se

Name of Appellee's Attorney:   Ryan Downton

    Attorney Address:  875 Carr 693, Suite 103  Dorado, PR 00646

    Attorney E-Mail Address:   Ryan@TheTexasTrialGroup.com

**Send Information Sheet, Notice of  Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail

On     August 18, 2025                              By:    BC          (clerk's initials)